| Fill in this information to identify the case: | | |
|---|---|---|

Debtor 1  **Frank James Stack, III**
  First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number  **19-10122**              Chapter  **13**
(if known)

## MOTION TO EXTEND DEADLINES

1. Debtor filed this Chapter 13 case on 1/8/2019 and the court ordered that all required documents be filed on or before 1/22/19.
2. Debtor requires additional time to obtain all information and documents necessary to file complete and accurate documents required by the court.

WHEREFORE, debtor moves the court to expand the time for the debtor to file all required documents with the court.

Date  **January 14, 2019**              Signature  **/s/ Frank James Stack, III**
                                                   **Frank James Stack, III**
                                                   Debtor

Attorney  **/s/ Richard N Lipow**
          **Richard N Lipow**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served on the US and Chapter 13 Trustees by the ECF system at the time it was electronically filed.

Date: January 14, 2019          /s/ RICHARD N LIPOW
                                RICHARD N LIPOW

## **ORDER**

AND NOW, this __16th__ day of January 2019, upon consideration of the debtor's motion to extend the deadline for filing all required documents, the court being fully advised, the motion is GRANTED, all required documents to be filed on or before

__February 6,__ 2019

BY THE COURT

_____
Ashely M. Chan, U.S. Bankruptcy Judge for
Chief Judge Richard E. Fehling