United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Frank James Stack, III
    Debtor

Case No. 19-10122-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jan 16, 2019
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
db        +Frank James Stack, III,    126 East State Street,    Quarryville, PA 17566-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:
       REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 bkgroup@kmllawgroup.com
       RICHARD N. LIPOW    on behalf of Debtor Frank James Stack, III richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com
       SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                               TOTAL: 4

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Frank James Stack, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 19-10122 | | Chapter 13 |

## MOTION TO EXTEND DEADLINES

1. Debtor filed this Chapter 13 case on 1/8/2019 and the court ordered that all required documents be filed on or before 1/22/19.
2. Debtor requires additional time to obtain all information and documents necessary to file complete and accurate documents required by the court.

WHEREFORE, debtor moves the court to expand the time for the debtor to file all required documents with the court.

Date **January 14, 2019**    Signature **/s/ Frank James Stack, III**
**Frank James Stack, III**
Debtor

Attorney **/s/ Richard N Lipow**
**Richard N Lipow**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served on the US and Chapter 13 Trustees by the ECF system at the time it was electronically filed.

Date: January 14, 2019    /s/ RICHARD N LIPOW
RICHARD N LIPOW

## **ORDER**

AND NOW, this __16th__ day of January 2019, upon consideration of the debtor's motion to extend the deadline for filing all required documents, the court being fully advised, the motion is GRANTED, all required documents to be filed on or before

__February 6,__ 2019

BY THE COURT

Ashely M. Chan, U.S. Bankruptcy Judge for
Chief Judge Richard E. Fehling