Certificate Number: 16339-PAE-DE-032189810

Bankruptcy Case Number: 19-10122



16339-PAE-DE-032189810

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 21, 2019</u>, at <u>11:54</u> o'clock <u>PM EST</u>, <u>Frank Stack</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   January 21, 2019                By:   /s/Kelley Tipton

                                        Name: Kelley Tipton

                                        Title: Certified Financial Counselor