**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Frank | James | Stack, III |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 19-10122       Chapter: 13

# ORDER

AND NOW, this _____ day of February 2019, upon consideration of the debtor's motion to extend the deadline for filing all required documents, the court being fully advised, the motion is GRANTED, all required documents to be filed on or before

_____ 2/22/2019

**Date: February 8, 2019**            BY THE COURT

_____