United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-10122-ref
Frank James Stack, III                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Feb 08, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
db             +Frank James Stack, III,   126 East State Street,   Quarryville, PA 17566-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
      DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
       dkuhn@attorneygeneral.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
       Trustee, for New Century Home Equity Loan Trust 2005-4 bkgroup@kmllawgroup.com
      RICHARD N. LIPOW    on behalf of Debtor Frank James Stack, III richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5

**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Frank | James | Stack, III |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number: 19-10122    Chapter: 13
(if known)

**ORDER**

AND NOW, this _____ day of February 2019, upon consideration of the debtor's motion to extend the deadline for filing all required documents, the court being fully advised, the motion is GRANTED, all required documents to be filed on or before

_____ 2/22/2019

**Date: February 8, 2019**    BY THE COURT

_[signature]_