UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Frank James Stack, III
      Bankruptcy No. 19-10122
      Adversary No.
      Chapter      13

Date:  July 17, 2019

To:      Richard N. Lipow
      Lipow Law Office
      629 Swedesford Road
      Malvern PA 19355

## NOTICE OF INACCURATE FILING

Re:  Proposed Order to Motion to Convert to Chapter 7

The above pleading was filed in this office on **July 16, 2019.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and case number are missing
- **(XX)**   Wrong PDF document attached
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- ( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Lisa Henry**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04