**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **FRANK JAMES STACK III,** | : | **Chapter 13** |
| | | : | |
| | **Debtor** | : | **Bky. No. 19-10122 ELF** |

# O R D E R

    **AND NOW,** the Debtor having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

    **AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

    It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

Date: July 23, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**