Certificate Number: 14912-PAE-DE-033519803

Bankruptcy Case Number: 19-10122



14912-PAE-DE-033519803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2019, at 6:34 o'clock PM EDT, Frank Stack 3Rd completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 7, 2019         By:    /s/Jai Bhatt

                               Name:  Jai Bhatt

                               Title: Counselor