United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank James Stack, III  
    Debtor

Case No. 19-10122-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Nov 18, 2019  
                       Form ID: 195   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.  
db        +Frank James Stack, III,   126 East State Street,   Quarryville, PA 17566-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:  
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com  
        DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue  
          dkuhn@attorneygeneral.gov  
        REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture  
          Trustee, for New Century Home Equity Loan Trust 2005-4 bkgroup@kmllawgroup.com  
        RICHARD N. LIPOW    on behalf of Debtor Frank James Stack, III richard@lipowlaw.com,  
          ecflipow@gmail.com;r44824@notify.bestcase.com  
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ecfmail@readingch13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                        : Chapter 7

Frank James Stack, III                   : Case No. 19−10122−jkf
       Debtor(s)

***ORDER***
_____

AND NOW, this day , November 18, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                By The Court

                                                                Jean K. FitzSimon
                                                                Judge , United States Bankruptcy Court